Journal | providencejournal.com U.S. & WORLD Wednesday, December 7, 2



### Yesterday and today

Today is the 341st day of 2011. There are 24 days left in the year.
**On this date**
▪ In 1787, Delaware became the first state to ratify the U.S. Constitution.
▪ In 1941, the Imperial Japanese navy launched a surprise attack on the U.S. Navy base at Pearl Harbor in Hawaii as part of a plan to preempt any American military response to Japan's planned conquest of Southeast Asian territories; the raid, which claimed some 2,400 American lives, prompted the United States to declare war against Japan the next day.
▪ In 1987, 43 people were killed after a gunman aboard a Pacific Southwest Airlines jetliner in California apparently opened fire on a fellow passenger, the pilots and himself, causing the plane to crash.

### Today's birthd:
▪ Actor Eli Wall
▪ Linguist and p philosopher No: sky is 83.
▪ Actress Ellen 79.
▪ Broadcast jou ole Simpson is
▪ Singer-songw Waits is 62.
▪ Basketball Ha Larry Bird is 55
▪ NFL player Te is 38.
▪ Singer Aaron 24.

## POLITICS

# To counter Gingrich, Romney shifts strate

After losing his front-runner status, candidate makes himself more available

**By CHARLES BABINGTON**
ASSOCIATED PRESS

WASHINGTON — Mitt Romney's above-the-fray campaign style kept him atop the Republican presidential field for months, but it's raising concerns among his supporters now that Newt Gingrich has surged to challenge him.

Some Romney backers say their candidate must mix it up more aggressively, with Gingrich and with reporters, to prove he has the moxie to be the GOP challenger to President Obama. Romney, the former Massachusetts governor, particularly caused concerns with his prickly responses in a recent Fox News interview. He needs to show more toughness and willingness to field questions, party insiders say.

The message seemed to resonate with his campaign Tuesday. Romney said he will appear on Fox News Sunday on Dec. 18, his first national Sunday talk show in nearly two years. He also fielded questions from reporters covering his Arizona visit, marking his third such "press availability" in four days.

The announcement came the same day as a CBS News/New York Times poll showed Gingrich with a double-digit lead over Romney among Republican caucus-goers in Iowa.

The poll, conducted from Nov. 30 to Dec. 5, shows Gingrich with 31 percent support to Romney's 17 percent. Rep. Ron Paul, R-Texas, was third with 16 percent.



AP / RO:
**Mitt Romney**, left, in Paradise Valley, Ariz., Tuesc he was endorsed by former Vice President Dan Q

Numerous Romney supporters had expressed concern over reports of him dodging reporters and in-depth questioning.

"It remains a mystery why Mitt Romney has done relatively few interviews," Jennifer Rubin, a conservative blogger for The Washington Post who often praises Romney, wrote on Monday. The much-discussed Nov. 29 Fox interview, she said, might have gone better "had it been one of dozens of TV interviews he'd given during the campaign. ... He's been the least-interviewed candidate in the race."

In his 15-minute exchange with Fox News' Brett Baier, Romney bristled at questions about his changed views on abortion, climate change, immigration and gay rights, all of which are widely discussed in political circles.

Romney acknowledged rejecting his pro-abortion-rights stand of the 1990s, although he did not explain why. Otherwise, he told Baier, "Your list is just not accurate." Romney suggest- ed the questio1 spired by "Dem that label him flopper.

Asked about chusetts healt] which required obtain medical Romney said swered the que hundred times.' "This is an ur view."

The questior cal of those tha stream news would ask, witl or oddball quer

On Tuesda hinted he might up his criticism

"I will not b told Cavuto. "S] rich is a frien But we have v life experiences

Romney said spent the past 4 in Washington, an insider." Ro only elected four years as M governor, say. bring a more ented, outside

## WEST VIRGINIA

# Record settlem in 2010 mine bl

$210 million will go to pay families of the 29 killed, for safety upgrades and for fines

Charges hav against only on the mine's fc chief, Hughie I federal jury col month of lving



providencejournal.com