

WELCOME TO BUILDING #19 GOOD STUFF... CHEAP!



1k Like

- HOME
- STORE HOURS
- HELP WANTED
- THIS WEEK'S CIRCULAR
- FIND THE NEAREST BUILDING #19
- SPECIAL EVENTS
- WHO'S WHO
- PLAY GAMES!!!
- GOOD CAUSES
- THE B-19 FOUNDATION
- GALLERY OF CLASSIC ADS
- CONTACT US
- TELL US WHAT YOU THINK

Click here to browse through our HUGE 24 PAGE CIRCULAR for SATURDAY, Dec. 3rd:



Click here to browse through our Thursday, 12/8 circ:



- If you'd like to see a Building 19 TV commercial, click on the name of the spot: HowToSaveMoney - The Bargain Detective - Quality Control
- We want to hear from you! Let us know if you like our new commercials.... or not. Drop us a line at advertising@building19.com. We value your opinion, and we'll read every email we get - and we'll pass the positive responses on to Jerry.....

Hey! We finally got the games to work! Waste time here.....and if you're at work, turn off your sound...

**Special Event List:**
Here's what's coming to your LOCAL Building #19

Still going on:
in WEYMOUTH:
Part 2 of our famous annual SKI EVENT!
click here for info....

Starting Thurs. 12/8
in all stores:
Sports and Rock Concert T-SHIRTS just $4.99!
click here for info....

Coming Thurs. 12/8
to CRANSTON ONLY
SWAROVSKI CRYSTAL FIGURINES!
One day only!
11AM to 8PM
click here for info....

Starting Sat. 12/10
in All Stores:
TOYS!
watch this space....

Starting Sat. 12/10
in ALL STORES:
SPORTS PHOTOS!
watch this space....

Follow us on Facebook:



Name
Building 19

Promote Your Page Too

**Join Our Mailing List**

Email: [        ] Go

Privacy by SafeSubscribe
For Email Newsletters you can trust

**Why give us your email address?**
- we'll tell you when the circulars are posted each week
- we'll tell you about unadvertised special stocks
- we'll never sell or share your name
- we won't bug you every day

Building #19 is a discount department store chain located in the Northeast. We currently have 11 elegant off-price emporiums (emporii?) in Massachusetts, Rhode Island and New Hampshire, selling all manner of Good Stuff Cheap: from our own brand of baby wipes to high end handmade Oriental rugs, from housewares to furniture to clothing and shoes for the Whole Family (even if your name isn't "Whole"), you're sure to find a bargain when you shop at Building #19.

Are you a vendor, distributor, insurance company, retail chain or all-around nice person who would like to sell goods to us? Contact the KGB

Why do we give away FREE CHAMPAGNE



http://www.building19.com/



12/7/2011



