

HANDED OUT AT Store