


Store front

SWAROVSKI



Store front and display cases






"Swarovski" sales location



Display cases



SWAROVSKI



Product assortment

SWAROVSKI


