


**HOME**
**STORE HOURS**
**HELP WANTED**
**THIS WEEK'S CIRCULAR**
**FIND THE NEAREST BUILDING #19**
**SPECIAL EVENTS**
**WHO'S WHO**
**PLAY GAMES!!!**
**GOOD CAUSES**
**THE B-19 FOUNDATION**
**GALLERY OF CLASSIC ADS**
**CONTACT US**
**TELL US WHAT YOU THINK**

Click here to browse through our HUGE 24 PAGE CIRCULAR for SATURDAY, Dec. 10th:



Click here to browse through our Thursday, 12/8 circ:



- If you'd like to see a Building 19 TV commercial, click on the name of the spot: HowToSaveMoney - The Bargain Detective - Quality Control
- We want to hear from you! Let us know if you like our new commercials.... or not. Drop us a line at advertising@building19.com. We value your opinion, and we'll read every email we get - and we'll pass the positive responses on to Jerry.....

Hey! We finally got the games to work! Waste time here.....and if you're at work, turn off your sound...

| Special Event List: Here's what's coming to your LOCAL Building #19 |
|---|
| Coming Tues. 12/13 to WEYMOUTH ONLY CRYSTAL FIGURINES from probably the best known name in crystal in the world! One day only! 11AM to 8PM click here for info.... |
| Starting NOW in All Stores: GIFTWRAP just 89¢... and more! click here for info.... |
| Starting Sat. 12/10 in Natick: Ladies Famous Brand BOOTS and DESIGNER DENIM! click here for info.... |
| Starting Sun. 12/11 in All Stores: GIFTABLE CLOTHING! click here for info.... |
| Starting Sun. 12/11 in All Stores: KID'S BOOKS AND CALENDARS! click here for info.... |

Follow us on Facebook:
Building 19



Name
Building 19

Promote Your Page Too

| Join Our Mailing List |
|---|
| Email: [ ] Go |

Privacy by SafeSubscribe
For Email Newsletters you can trust

**Why give us your email address?**
- we'll tell you when the circulars are posted each week
- we'll tell you about unadvertised special stocks
- we'll never sell or share your name
- we won't bug you every day

Building #19 is a discount department store chain located in the Northeast. We currently have 11 elegant off-price emporiums (emporii?) in Massachusetts, Rhode Island and New Hampshire, selling all manner of Good Stuff Cheap: from our own brand of baby wipes to high end handmade Oriental rugs, from housewares to furniture to clothing and shoes for the Whole Family (even if your name isn't "Whole"), you're sure to find a bargain when you shop at Building #19.

Are you a vendor, distributor, insurance company, retail chain or all-around nice person who would like to sell goods to us? Contact the KGB

Why do we give away
FREE CHAMPAGNE

home hours help wanted this week's circular locations special events merchants history foundation classic ads contact us good causes



home hours help



ONLY: