# facebook

Email | Password | [Log In]
Keep me logged in | Forgot your password?

[Sign Up] Facebook helps you connect and share with the people in your life.

## Building 19 Cranston [Like]
Shopping/Retail · Cranston, Rhode Island

Wall | Building 19 Cranston · Everyone (Top Posts)

Share: Post Photo

Write something...

**Want to like or comment on this page?**
To interact with Building 19 Cranston you need to sign up for Facebook first.
[Sign Up]
It's free and anyone can join. Already a member? Log in.

[Create a Page]

Wall
Info
Photos

**41** like this
**6** talking about this
**26** were here

Create a Page

**Building 19 Cranston**
Omg i can't wait

Like · Comment · December 7 at 2:13pm

**Building 19 Cranston**
Wow x-mas gifts i know what i'm getting for my friends

Like · Comment · December 7 at 2:12pm

**Nelson Alves**
all boxed christmas cards 50% off all christmas tree 25% off
Like · Comment · Yesterday at 5:22am

**Building 19 Cranston**
1-DAY ONLY EVENT

SWAROVSKI CRYSTAL

THURSDAY DECEMBER 8th
...
See More
Like · Comment · December 3 at 3:05pm

Jean Schwier and Nicolas Adler-Duthe like this.

http://www.facebook.com/pages/Building-19-Cranston/240259362689307      12/14/2011